July 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant

NO. 14-11-00815-CV                    V.

RONALD K. ONEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF DANIEL D. ONEY, DECEASED, Appellee

_____

       This cause, an appeal of the August 26, 2011 interlocutory order in favor of **APPELLEE** was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order **APPELLANT** to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.